# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:16-CR-127 |
| NA'DEARDRA MAYHAMS, | (JUDGE CAPUTO) |
| Defendant. | |

## ORDER

**NOW**, this 12th day of December, 2018, upon consideration of Defendant Na'Deardra Mayhams' pretrial motions, **IT IS HEREBY ORDERED** that:

(1) The Motion to Sever (Doc. 240) is **DENIED**.

(2) The Motion for Early Disclosure of Jencks Material (Doc. 241) is **DENIED**.

(3) The Motion to Dismiss Count Twenty of the Indictment (Doc. 242) is **DENIED**.

(4) The Motion to Compel Discovery (Doc. 243) is **DENIED without prejudice**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge